# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

STEVIE PIKE                                                                                                    PLAINTIFF
ADC #110782

V.                                          4:11CV00870 BSM/HDY

BENTON WORK
RELEASE UNIT *et al.*                                                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Brian S. Miller. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District
       Judge (if such a hearing is granted) was not offered at the
       hearing before the Magistrate Judge.

1

    3.    The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff Stevie Pike, currently incarcerated at the Arkansas Department of Correction's Wrightsville Unit, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983 (docket entry #1), on December 6, 2011. On December 9, 2011, Plaintiff was ordered to pay the full $350.00 filing fee or file an application for leave to proceed *in forma pauperis*, and to file an amended complaint setting forth what constitutional rights each Defendant is alleged to have violated (docket entry #2). That order warned Plaintiff that his failure to comply within 30 days would result in the recommended dismissal of his complaint.

Plaintiff filed a motion for leave to proceed *in forma pauperis* (docket entry #4). In the order granting Plaintiff's motion for leave to proceed in *forma pauperis*, the Court reminded Plaintiff that he was responsible for filing an amended complaint as previously ordered (docket entry #5). More than 30 days have passed, and Plaintiff has not filed an amended complaint, or sought an extension of time to do so. Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and for failure to

prosecute. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to prosecute.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __19__ day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE