IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STEVIE PIKE,**                                                                                           **PLAINTIFF**
**ADC #110782**

v.                          CASE NO. 4:11CV00870 BSM/HDY

**BENTON WORK RELEASE UNIT, et al.**                                              **DEFENDANTS**

### ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to prosecute..

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would be frivolous and not be taken in good faith.

Dated this 10th day of February 2012.

/s/ Brian S. Miller
UNITED STATES DISTRICT JUDGE